| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Charles E Harris** | Social Security number or ITIN  **xxx–xx–0210** |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Patsy A Harris** | Social Security number or ITIN  **xxx–xx–3479** |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:  **16–32908** | | |

## Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles E Harris                                       Patsy A Harris
                                                       fka Patsy Mcclellan

January 10, 2017                       **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                            United States Bankruptcy Court

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 16-32908-DRC
Charles E Harris                                                Chapter 7
Patsy A Harris
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: admin               Page 1 of 1            Date Rcvd: Jan 10, 2017
                              Form ID: 318              Total Noticed: 20
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db/jdb         +Charles E Harris,    Patsy A Harris,    395 W Ogden, Apt 318,    Naperville, IL 60563-3070
24999095       +Atg Credit Llc,    1700 W Cortland St,    Ste 2,   Chicago, IL 60622-1131
24999097       +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
24999102       +Medical Data Systems (MDS),    2001 9th Ave,    Ste 312,   Vero Beach, FL 32960-6413
24999103       +Merchants Credit,    223 W Jackson Blvd,    Ste 700,   Chicago, IL 60606-6914
24999104       +Midnight Velvet,    1112 7th Ave,   Monroe, WI 53566-1364
24999105       +Monroe And Main,    1112 Seventh Ave.,    Monroe, WI 53566-1364
25003871       +Orion,   c/o PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
24999110       +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QGBKROL.COM Jan 11 2017 02:28:00      Gina B Krol,    Cohen & Krol,
                 105 West Madison St Ste 1100,    Chicago, IL 60602-4600
24999096       +EDI: CMIGROUP.COM Jan 11 2017 02:23:00      Credit Management, LP,    Attn: Bankruptcy,
                 Po Box 118288,    Carrolton, TX 75011-8288
25005629        EDI: CRESCENTBANK.COM Jan 11 2017 02:23:00      Crescent Bank & Trust,    P.O. Box 1407,
                 Chesapeake, VA 23327-1407
24999098       +EDI: CRESCENTBANK.COM Jan 11 2017 02:23:00      Crescent Bank And Trus,    Attn: Bankruptcy,
                 Po Box 61813,    New Orleans, LA 70161-1813
24999100        E-mail/Text: rev.bankruptcy@illinois.gov Jan 11 2017 03:00:05
                 Illinois Department of Revenue 1/15,     Bankruptcy Section,    PO Box 64338,
                 Chicago, IL 60664-0338
24999101        EDI: IRS.COM Jan 11 2017 02:23:00      Internal Revenue Service - 1/11,    PO Box 7346,
                 Philadelphia, PA 19101-7346
24999106       +EDI: DRIV.COM Jan 11 2017 02:23:00      Santander Consumer USA,    Po Box 961245,
                 Fort Worth, TX 76161-0244
24999107       +E-mail/Text: sra1@sra-inc.net Jan 11 2017 02:59:45      Smith Rouchin & Associates,    Sra,
                 1456 Ellis Ave,    Jackson, MS 39204-2204
24999108       +EDI: SWCR.COM Jan 11 2017 02:23:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
24999109        EDI: RMSC.COM Jan 11 2017 02:23:00      Synchrony Bank/Walmart,    Po Box 965024,
                 El Paso, TX 79998
24999111       +E-mail/Text: bankruptcydept@wyn.com Jan 11 2017 03:01:04      Wyndham Vaca,
                 10750 W Charleston Blvd,    Las Vegas, NV 89135-1048
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24999099         Furniture
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Charles E Harris cutlerfilings@gmail.com
              David H Cutler    on behalf of Debtor 2 Patsy A Harris cutlerfilings@gmail.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4
```